FILED
2019 Jun-12 AM 08:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DALE WILLIAM GILLEY, JR.,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18-CV-1251-CLS-HNJ |
| **CULLMAN COUNTY DISTRICT ATTORNEY'S OFFICE,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on May 22, 2019, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 18). Although the magistrate judge advised plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

The pending "Motion for Status of Proceedings" (doc. 15) is **DENIED** as moot.

DONE this 12th day of June, 2019.

_____
United States District Judge